UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-437-T-30EAJ

BRENT WALKER INZER

**FORFEITURE MONEY JUDGMENT**

The United States moves, pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a forfeiture money judgment against defendant Brent Walker Inzer in the amount of $1,500,000.00, representing the amount of proceeds obtained as a result of the conspiracy to distribute and to possess with intent to distribute 100 kilograms or more of marijuana, in violation of 21 U.S.C. §§ 841 and 846, as charged in count one of the Indictment.

Following a trial, the jury found the defendant guilty as charged in count one of the Indictment. The court finds that the amount of proceeds obtained as a result of the conspiracy is $1,500,000.00.

Accordingly, the motion of the United States is GRANTED. Pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Brent Walker Inzer is jointly and severally liable with co-defendant Kelsey Ryan Harper for a forfeiture money judgment in the amount of $1,500,000.00.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant that the United States is entitled to seek

pursuant to 21 U.S.C. § 853(p) as a substitute asset in satisfaction of the defendant's $1,500,000.00 money judgment.

**ORDERED** in Tampa, Florida, on September ___23rd___, 2015.

_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record